# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | | |
|---|---|---|
| WILLIAM SHERLACH AND ROBERT PARKER | : | |
| Plaintiffs, | : | Adv. Pro. No. 22-05006 (JAM) |
| v. | : | |
| | : | |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC. | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for William Sherlach and Robert Parker, the plaintiffs in the above-captioned matter.

Dated at Hartford, Connecticut, this 21st day of April 2022.

                By: /s/ Jessica M. Signor
                    Jessica M. Signor (ct 30066)
                    Shipman & Goodwin LLP
                    300 Atlantic Street, 3rd Floor
                    Stamford, CT 06901-3522
                    (203) 324-8100
                    jsignor@goodwin.com

*Counsel for William Sherlach and Robert Parker*

11056911

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2022, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on April 21, 2022, a copy of the foregoing Notice of Appearance was also served via U.S. First Class prepaid postage on the following parties listed below:

Wolfgang Halbig
25526 Hawks Run Lane
Sorrento, FL 32776

Cory T. Sklanka
515 Gracey Avenue
Meriden, CT 06451

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

Midas Resources, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

/s/ Jessica M. Signor
Jessica M. Signor

11056911