UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

WILLIAM SHERLACH and
ROBERT PARKER

                Plaintiffs,

v.

ALEX EMRIC JONES; INFOWARS, LLC;
FREE SPEECH SYSTEMS, LLC;
INFOWARS HEALTH, LLC; PRISON
PLANET TV, LLC; WOLFGANG
HALBIG; CORY SKLANKA; GENESIS
COMMUNICATIONS NETWORK, mc.;
and MIDAS RESOURCES, INC.,

                Defendants.

ADV. PROC. NO. 22-05006

## MOTION OF JAMES H. FETZER TO INTERVENE AND FOR EXTENSION OF TIME TO RETAIN CONNECTICUT LEGAL COUNSEL

NOW, COMES James H. Fetzer, Ph.D., pro se, to request permission to intervene in this case and for an extension of time, or in the alternative, for a court appointed local counsel, as follows:

1. I am the co-editor of the book, *Nobody Died at Sandy Hook: It was a FEMA drill to Promote Gun Control* (2015; 2ND ed. 2016), which has thirteen contributors, including six Ph.D. (current or retired) professors.

2. In that book, I made the assertion that the Sandy Hook alleged mass shooting was a Federal Emergency Management Agency drill in which nobody died.

3. I have been injured by the Conn Supreme Court opinion entered in this case published at 331 Conn 53, 202 A. 3d 262, cert denied (2019) by the following:

> "On December 14, 2012, twenty year old Adam Lanza forced his way into Sandy Hook Elementary School in Newtown and, during the course of 264 seconds, fatally shot twenty first grade children and six staff members, and wounded two other staff members. *65 Lanza carried out this massacre using a Bushmaster

1

XM15-E2S semiautomatic rifle that was allegedly manufactured, distributed, and ultimately sold to Lanza's mother. . . .*There is no doubt that Lanza was directly and primarily responsible for this appalling series of crimes."* (emphasis added)

4. The above quote from the Conn Supreme Court was cited by the WI appellate court as authority for the conclusion that people died at Sandy Hook in a case against me brought by Leonard Pozner. I request judicial notice by this court that the Jones defendants have not engaged in discovery on the question of did 6 adults and 20 children die at Sandy Hook Elementary School on December 14, 2012.

5. Because of the adverse results I sustained in the Wisconsin case brought against me by Leonard Pozner, I want to retain an attorney to anchor either or both of my attorneys pro hac vice to represent me in this case. I believe that, with time, I will be able to find an Connecticut attorney for this limited purpose. I have read news reports that the bankruptcy estate in this case intend for the bankruptcy to pay the plaintiffs without any effort to determine if the claims are valid.

6. That would be a breach of the equitable responsibility of this court to administer justice and allow the statement that Sandy Hook actually occurred to remain uncontested to my detriment.

7. That would expose me to future litigation from other Sandy Hook alleged parents and work a fraud upon me. The Bankruptcy Plan Administrator is not properly supervising this case by approving this settlement without taking discovery and requiring the Plaintiffs to prove six adults and twenty children died at Sandy Hook.

8. The inference from the exorbitant size of the settlement offer to these Plaintiffs is that people died would be drawn by the public in ignorance of the voluminous, specific and detailed evidence to the

contrary in my book (and elsewhere), which the Wisconsin circuit court improperly would not allow me to present. A FEMA drill presented as mass murder to promote gun control does not warrant any payment to these impostor parents.

WHEREFORE, I request an order to allow me to intervene to present evidence that Nobody Died at Sandy Hook.

*[signature]* Pro Se

James H. Fetzer, Ph.D., pro se
800 Violet Lane
Oregon, WI 53575

(608) 835-2707
jfetzer@d.umn.edu

CERTIFICATE OF SERVICE

3

On this 22 day of April 2022, by first class mail, postage prepaid, I served a copy of the foregoing motion on the Clerk for the Bankruptcy Court for Connecticut, Bridgeport Division,

Brien McMahon Federal Building

915 Lafayette Boulevard

Bridgeport, CT 06604

And by email to:
DEFENDANTS AND DEBTORS, INFOW, LLC
IWHEALTH, LLC PRISON PLANET, LLC
Norman A. Pattis
Cameron L. Atkinson
PATTIS & SMITH, LLC
383 Orange Street

New Haven, CT 06511

V: 203-393-3017 F: 203-393-9745

npattis@pattisandsmith.com

catkinson@pattisandsmith.com

      Alinor C. Sterling,

      Christopher Mattei,

      Matthew Blumenthal

Koskoff Koskoff & Bieder
350 Fairfield Avenue Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: Kyung Lee, R. J. Shannon
Parkins Lee & Rubio LLP
700 Milam Street STE 1300
Houston, TX 77002
klee@parkinslee.com
rjshannon@parkinslee.com

Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
    ehenzy@zeislaw.com

Mario Kenneth Cerame

Brignole & Bush LLC
73 Wasworth Street
Hartford, CT 06106
mcerame@brignole.com

Shelby A. Jordan
Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Ray Bataglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

*/s/ James Fetzer, Ph.D.*
James H. Fetzer, Ph.D.
800 Violet Lane
Oregon, WI 53575

(608) 835-2707
jfetzer@d.umn.edu

5