| | | |
|---|---|---|
| NO. UWY-CV15 6050025 S | : | SUPERIOR COURT |
| | | State of Connecticut |
| DONNA L. SOTO, ADMINISTRATRIX OF THE ESTATE OF VICTORIA L. SOTO, ET AL. | : | |
| | | COMPLEX LITIGATION |
| | : | DOCKET |
| V. | | |
| | : | AT WATERBURY |
| BUSHMASTER FIREARMS INTERNATIONAL, LLC, ET AL. | | |
| | : | September 10, 2021 |

## MOTION OF JAMES H. FETZER TO INTERVENE

## and for EXTENSION OF TIME TO RETAIN CONNECTICUT LEGAL COUNSEL

NOW, COMES James H. Fetzer, Ph.D., pro se, to request permission to intervene in this case and for an extension of time, or in the alternative, for a court appointed local counsel, as follows:

1. I am the co-editor of the book, *Nobody Died at Sandy Hook: It was a FEMA drill to Promote Gun Control* (2015; 2ND ed. 2016).
2. In that book, I made the assertion that the Noah Pozner death certificate submitted by Leonard Pozner, one of the Plaintiffs in this case, was a fake.
3. Leonard Pozner sued me for defamation that resulted in two judgments against me for a total of 1.1 million dollars. That case is currently the subject of a Petition for Review filed in the Wisconsin Supreme Court at consolidated case numbers 2020AP121 and 2020AP1570.
4. I have been injured by the Conn Supreme Court opinion entered in this case published at 331 Conn 53, 202 A. 3d 262, cert denied (2019) by the following:

1

"On December 14, 2012, twenty year old Adam Lanza forced his way into Sandy Hook Elementary School in Newtown and, during the course of 264 seconds, fatally shot twenty first grade children and six staff members, and wounded two other staff members. *65 Lanza carried out this massacre using a Bushmaster XM15-E2S semiautomatic rifle that was allegedly manufactured, distributed, and ultimately sold to Lanza's mother by the various defendants in this case. *There is no doubt that Lanza was directly and primarily responsible for this appalling series of crimes.*" (emphasis added)

5. The above quote from the Conn Supreme Court was cited by the WI appellate court as authority for the conclusion that people died at Sandy Hook. I request judicial notice by this court that no answer has been filed by the Bushmaster defendants nor has any discovery be taken on the question of did 6 adults and 20 children die at Sandy Hook Elementary School on December 14, 2012.

6. My NJ legal co-counsel, at my direction, has requested all of the defense lawyers in this case and those representing the Remington bankrupt estate and its creditors to withdraw their settlement offers and proceed with a vigorous defense. All of them have ignored that request. Accordingly, I have deemed it urgent to intervene in this case even though I am not represented by legal counsel.

7. Because of the adverse results I sustained in the Wisconsin case brought against me by Leonard Pozner, I want to retain an attorney to anchor either or both of my attorneys pro hac vice to represent me in this case. I believe, with time, I will be able to find a Conn attorney for this limited purpose.

8. When I was originally served with the Pozner Complaint, I used my best efforts to retain legal counsel, but was unable to find an attorney to represent me within the time I was allowed to file my answer. I filed my answer pro se and proceeded to present my defense while also searching for an attorney to represent me. In spite of 50 attempts, I was not able to find a member of the Wisconsin Bar to represent me before the case was heard and subject to a Summary Judgment ruling, which I submit was not appropriate because the authenticity of the death certificate remained in dispute.

9. My efforts to find Wisconsin legal counsel were finally successful prior to the trial for damages. In relation to my appeals to the Court of Appeals and subsequently to the WI Supreme Court, where it stands today, I secured a New Jersey attorney to appear pro hac

2

vice to serve as co-counsel with my WI attorney. With time, I believe I can locate Conn legal counsel to effect similar arrangements.

10. It is my belief, subject to my payment of fees and costs, that one or both of my current attorneys will appear pro hac vice in this case provided they are introduced to the court by an Attorney qualified to practice law in Conn.

11. I read news reports that the Plaintiffs in this case have offered nine of the Plaintiffs a total of thirty-three million dollars to settle the case. The acceptance, court approvals, and payments of that exaggerated amount will leave the impression with the Wisconsin court that people died at Sandy Hook. The Plaintiffs have the burden to prove the truth of that finding. To go forward with the settlement without that proof would allow the Conn Supreme Court finding quoted above to remain. That would expose me to future litigation from other Sandy Hook alleged parents and work a fraud upon me.

*[signature]*

JAMES H. FETZER, Ph.D., Pro Se

## CERTIFICATION OF SERVICE

On this 10th day of September, 2021, I hereby certify that a copy of the foregoing Motion to Intervene and for Extension of Time to Retain Legal Counsel has been emailed this day to all counsel of record as follows:

FOR THE PLAINTIFFS, Joshua D. Koskoff, Alinor C. Sterling and Jeffrey W. Wisner, KOSKOFF KOSKOFF & BIEDER, 350 Fairfield Avenue, Bridgeport, CT 06604 , Tel: (203) 336-4421 Fax: (203) 368-3244
jkoskoff@koskoff.com
asterling@koskoff.com
jwisner@koskoff.com

H. Christopher Boehning (*pro hac vice*)
Jacobus J. Schutte (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064

cboehning@paulweiss.com
jschutte@paulweiss.com

3

FOR THE DEFENDANTS

BUSHMASTER FIREARMS INTERNATIONAL LLC, A/K/A;
FREEDOM GROUP, INC., A/K/A;
BUSHMASTER FIREARMS, A/K/A;
BUSHMASTER FIREARMS, INC., A/K/A;
BUSHMASTER HOLDINGS, INC., A/K/A;
REMINGTON ARMS COMPANY, LLC, A/K/A;
REMINGTON OUTDOOR COMPANY, INC., A/K/A

Paul D. Williams, James H. Rotondo, Jeffrey P. Mueller, DAY PITNEY LLP
242 Trumbull Street Hartford, CT
06103
pdwilliams@daypitney.com
jhrotondo@daypitney.com
jmueller@daypitney.com

James B. Vogts (*pro hac vice*)
Andrew A. Lothson (*pro hac vice*)
SWANSON MARTIN & BELL, LLP
330 North Wabash, #3300 Chicago, IL
60611 jvogts@smbtrials.com
alothson@smbtrials.com

_____
James H. Fetzer, Ph.D.
800 Violet Lane
Oregon, WI 53575

(608) 835-2707
jfetzer@d.umn.edu