| | ORDER   421277 |
|---|---|
| DOCKET NO: UWYCV156050025S | SUPERIOR COURT |
| SOTO, DONNA L., ADM OF THE ESTATE OF VICTORIA L. S Et Al<br>  V.<br>BUSHMASTER FIREARMS INTERNATIONAL, LLC AKA FREEDOM Et Al | JUDICIAL DISTRICT OF WATERBURY<br>   AT WATERBURY<br><br>9/22/2021 |

## ORDER

ORDER REGARDING:
09/10/2021 375.00 MOTION TO INTERVENE

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

The interests alleged by the proposed intervenor are insufficient to allow him to be brought in as a party. As such, the motion to intervene of James Fetzer is denied, and the court will not rule on the motions he has filed regarding legal counsel and extensions of time as the motions are moot in light of this ruling.

Judicial Notice (JDNO) was sent regarding this order.

421277
_____

Judge: BARBARA N BELLIS

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.