## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| WILLIAM SHERLACH & ROBERT PARKER, | )<br>) |
| Plaintiffs, | )<br>) ADV. PROC. NO. 22-05006<br>) |
| v. | )<br>) May 31, 2022 |
| ALEX EMRIC JONES; INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; INFOWARS HEALTH, LLC; PRISON PLANET TV, LLC; WOLFGANG HALBIG; CORY T. SKLANKA; GENESIS COMMUNICATIONS NETWORK, INC.; and MIDAS RESOURCES, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **WITHDRAWAL OF REMOVAL**

Pursuant to the Court's order on May 24, 2022 (Dkt. 25), Bankruptcy Rule 7041 and Fed. R. Civ P. 41, Defendants Alex Emric Jones; Infowars, LLC; Free Speech Systems, LLC; Infowars Health, LLC; and Prison Planet TV, LLC hereby withdraw their removal of this action to this Court and the above-captioned adversary proceeding created by it.

1

Date: May 31, 2022

Respectfully Submitted,

Alex Emric Jones; Infowars, LLC; Free Speech Systems, LLC; Infowars Health, LLC; and Prison Planet TV, LLC

By: /s/ Cameron L. Atkinson /s/
Cameron L. Atkinson (ct31219)
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
V: 203-393-3017
F: 203-393-9745
catkinson@pattisandsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, a true and correct copy of the foregoing document was served by U.S.P.S. and, where indicated, email on the following parties:

Attn: Eric Goldstein, Jessica M. Signor
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06013
egoldstein@goodwin.com
jsignor@goodwin.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: Kyung Lee, R. J. Shannon
Parkins Lee & Rubio LLP
700 Milam Street STE 1300
klee@parkinslee.com
rjshannon@parkinslee.com

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Mario Kenneth Cerame
Brignole & Bush LLC
73 Wasworth Street
Hartford, CT 06106
mcerame@brignole.com

Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Bataglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

*/s/Cameron L. Atkinson*

Cameron L. Atkinson